AO 440 (Rev. 12/09) Summons in a Civil Action

*Iss. by SPS*
RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| SPLITFISH AG, et al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 1:10CV297 |
| BANNCO CORPORATION, et al. | ) | |
| _Defendant_ | ) | |

2010 MAR 26  P 4: 41
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Ju Ning
43670 Lucketts Bridge Circle
Ashburn, Virginia  20148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth H. Leichter
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave N.W.
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
_Signature of Clerk or Deputy Clerk_

COPY

AO 440 (Rev. 12/09) Summons in a Civil Action

*iss by SPS*

RECEIVED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2010 MAR 26 P 4:41

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

SPLITFISH AG, et al. )
_____ )
            *Plaintiff*    )
                           )
        v.                 )   Civil Action No. 1:10 CV 297
BANNCO CORPORATION, et al. )
_____  )
                           )
            *Defendant*    )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bannco Corp. (Shenzhen)
Room 1003, C Building
Fu Yuan Gardon
Baoan 44 Zone
Shenzhen, China 518000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth H. Leichter
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave N.W.
Washington DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
                                    *Signature of Clerk or Deputy Clerk*

COPY

AO 440 (Rev. 12/09) Summons in a Civil Action

*/s/ by SPS*

RECEIVED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2010 MAR 26 P 4: 37

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| SPLITFISH AG, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:10CV297 |
| BANNCO CORPORATION, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bannco Corporation
43670 Lucketts Bridge Circle
Ashburn, Virginia 20148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth W. Leichter
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave N.W.
Washington DC. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
                        *Signature of Clerk or Deputy Clerk*

COPY