AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED

2010 APR -8 A 9: 49

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| SPLITFISH AG, et al. | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) | Civil Action No. 1:10CV297 |
| BANNCO CORPORATION, et al. | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Bannco Corporation
43670 Lucketts Bridge Circle
Ashburn, Virginia 20148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth H. Leichter
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave. N.W.
Washington, DC. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
CLERK OF COURT

Date: 03/26/2010

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ____BANNCO CORPORATION____

was received by me on *(date)* ____4/1/2010____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ____DIONNE MILLS, AGENT FOR SERVICE____, who is designated by law to accept service of process on behalf of *(name of organization)* ____CORPORATION SERVICE COMPANY____ on *(date)* 4/1/10@10:45AM or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* SERVICE WAS COMPLETED AT 3711 CENTERVILLE ROAD, SUITE 400, WILMINGTON, DELAWARE 19808.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/1/10

*Server's signature*

ADAM GOLDEN, PRIVATE PROCESS SERVER
*Printed name and title*

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050
*Server's address*

Additional information regarding attempted service, etc:

* Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction; Notice; Notice to Attorneys re: ECF Registration; Electronic Case Files (ECF) Overview; and Verified Complaint with Exhibits